UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOYCE MICHAELS<br><br>   Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social security,<br><br>   Defendant. | Case No. C04-5245 FDB<br><br>ORDER ON ATTORNEY FEES |

  This matter comes before the Court on Plaintiff's motion for authorization of attorney fees under 42 U.S.C. § 406(b). This court has jurisdiction to award attorney fees for work before this court under 42 U.S.C. § 406(b). Straw v. Bowen, 866 F.2d 1167 (9th Cir. 1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); Stenswick v. Bowen, 815 F.2d 519 (9th Cir. 1987).

  Previously, this Court awarded Plaintiff's counsel $2,066.41 pursuant to the Equal Access to Justice Act (EAJA). Plaintiff's counsel now petitions for a gross fee of $15,732.25. Plaintiff has subtracted from 25% of the past due benefits the amount awarded pursuant to the EAJA and

ORDER - 1

requests a net § 406(b) award of $13,665.84, minus an administrative assessment. Plaintiff declares that of this sum $10,647.59 is payable by Social Security out of the withheld award of past due benefits and that $2,918.25 is payable by DSHS, representing 25% of the retroactive funds paid to DSHS. The Commissioner has not filed a response to Plaintiff's motion.

Under 42 U.S.C. § 406(b)(1)(A) the court can only award fees up to the 25 percent withheld from the past-due benefits. This 25% limit applies to the total of 42 U.S.C. § 406(a) and 406(b) fees combined. See, Morris v. Social Sec. Admin., 689 F.2d 495, 497-98 (4th Cir. 1982); Webb v. Richardson, 472 F.2d 529, 536 (6th Cir. 1972); Dawson v. Finch, 425 F.2d 1192, 1195 (5th Cir. 1970).

ACCORDINGLY,

IT IS ORDERED:

Plaintiff's Motion for an Award of Attorney's Fees [DKT #13] is **GRANTED**. Plaintiff is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $13,665.84, minus the § 406(d) administrative assessment. Social Security is directed to pay Plaintiff's counsel the net balance being withheld of $10,647.59, minus any applicable administrative fee and DSHS is directed to pay Plaintiff's counsel the net sum of $2,918.25.

DATED this 28th day of February, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2