# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOYCE MICHAELS

JUDGMENT IN A CIVIL CASE

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

CASE NUMBER: C04-5245FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Award of Attorney's Fees [Dkt. #13] is **GRANTED**. Plaintiff is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $13,665..84, minus the § 406(d) administrative assessment. Social Security is directed to pay Plaintiff's counsel the net balance being withheld of $10,647.59, minus any applicable administrative fee and DSHS is directed to pay Plaintiff's counsel the net sum of $2,918.25.

| | |
|---|---|
| March 1, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |